UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Brian R. Chevalier</u>

    v.                                 Civil No. 07-cv-236-JL

<u>State of New Hampshire</u>

**O R D E R**

At today's telephone conference between the court and counsel it was agreed by all parties that the case will proceed as follows: The motion for summary judgment (document no. 28) is denied without prejudice and the hearing currently scheduled for September 15, 2011 is removed from the calendar. On or before **September 22, 2011,** the petitioner shall file a motion to amend his petition consistent with the ineffective assistance of counsel claims litigated and exhausted in the Coos County Superior Court (docket no. 217-2009-EQ-126). The petitioner has elected not to proceed on, and thus has withdrawn, all other claims.

    **SO ORDERED.**

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Dated: September 1, 2011

cc:  Justin Paul Nadeau, Esq.
     Mark R. Ryder, Esq.
     Elizabeth C. Woodcock, Esq.
     Stephen D. Fuller, Esq.