UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Brian R. Chevalier

        v.                                Civil No. 07-cv-236-JL

State of New Hampshire

O R D E R

At oral argument, the court allowed petitioner's counsel seven days to make a showing justifying issuance of a certificate of appealability. No such filing has been made. Because the Petitioner has made no substantial showing of the denial of a constitutional right, no certificate of appealability shall issue. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0. The Clerk shall enter judgment and close the case.

SO ORDERED.

February 7, 2012

_____
Joseph N. Laplante
Chief Judge

cc:     Justin Paul Nadeau, Esq.
          Mark R. Ryder, Esq.
          Elizabeth C. Woodcock, Esq
          Stephen D. Fuller, Esq.